# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FARRIN HAWKINS,

    *Petitioner*,

vs.

BRIAN WILLIAMS, SR., *et al.,*

    *Respondents*.

2:14-cv-01421-GMN-PAL

ORDER

Petitioner's motion (ECF No. 13) for a copy of the dismissal order is GRANTED pursuant to 28 U.S.C. § 2250, and the Clerk of Court is directed to SEND petitioner an additional copy of the order and judgment of dismissal herein (ECF Nos. 8 & 9).

DATED: December 19, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Court