# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FARRIN HAWKINS,

    *Petitioner*,

vs.

BRIAN WILLIAMS, SR., *et al.,*

    *Respondents*.

2:14-cv-01421-GMN-PAL

ORDER

This closed habeas matter comes before the Court on petitioner's motion (ECF No. 15) for copies of pleadings, documents and motions in the file.

The Court previously provided petitioner with another copy of the order and judgment of dismissal. Petitioner appears to suggest in the present motion that he filed a response to the Court's show-cause order and thereafter submitted a request for a status check when he did not receive anything back from the Court.

The record reflects that nothing was received by the Clerk that was sent by petitioner between the time that the Court issued the show-cause order and the time that it thereafter dismissed the case as untimely after receiving no response. The letter requesting a status update filed at ECF No. 6 was hand-stamped by the Clerk on initial intake on December 8, 2014, the same date that the Clerk sent the show-cause order *out* to petitioner. The undated letter thus necessarily was sent before the issuance of the show-cause order, not after the order and clearly was not sent after the filing of a response to the order. No further status check requests, or other papers, were received prior to entry of judgment.

Petitioner has not demonstrated a sufficient need to require the Clerk to copy and send every paper filed in this matter, particularly after the Clerk previously sent petitioner another copy of the order and judgment of dismissal. The Court will direct the Clerk to send petitioner copies of the materials that pertain to the discussion herein.

IT THEREFORE IS ORDERED that petitioner's motion (ECF No. 15) for copies of pleadings, documents and motions in the file is GRANTED IN PART and DENIED IN PART, such that the Clerk, pursuant to 28 U.S.C. § 2250, shall SEND petitioner an additional copy of ECF Nos. 6 and 7 together with a copy of the docket sheet.

DATED: September 29, 2017

_____
Gloria M. Navarro, Chief Judge
United States District Court